# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1411. ROY BOONE BRIGHT v. THE STATE.**

In 2019, Roy Boone Bright was convicted of burglary and theft by taking and was sentenced as a recidivist to 25 years without parole. Bright has since filed several challenges to his conviction, each of which was dismissed or denied. Case No. A25A1770 (Sept. 28, 2025) Case No. A24A0326 (Oct. 25, 2023). In December 2025, Bright filed the underlying motion to vacate his sentence, alleging that it was illegal because his conviction resulted from an illegal search, fabricated evidence, and prosecutorial misconduct. The trial court denied that motion, and Bright filed this direct appeal. Bright, however, has no right of appeal from the trial court's order.

Regardless of nomenclature, Bright's  motion sought to challenge the validity of his convictions. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). As the Supreme Court of Georgia has made clear, however, a post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. See *Williams v. State*, 283 Ga. 94, 94-5 (656 SE2d 144) (2008). Thus, any effort to appeal from the denial of such a motion must be dismissed. *Roberts*, 286 Ga. at 532; *Harper v. State*, 286 Ga. 216, 218(2) (686 SE2d 786) (2009).

In light of the foregoing, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/14/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*